UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 24-5823-GW-BFMx | Date | December 11, 2024 |
|---|---|---|---|
| Title | *Eric Gurney v. Ferrari North America, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement of Entire Case [13] was filed on December 10, 2024. The Court withdraws its Scheduling Order [14], issued on December 10, 2024 with the expectation that a dismissal will be filed within 90 days. The Court sets an order to show re: settlement hearing for March 13, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on March 11, 2025.

:

Initials of Preparer   JG